UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALISA DOLPHIN,

    Plaintiff,

v.                                                    Case No: 8:18-cv-357-T-36SPF

FIFTH THIRD BANK,

    Defendant.
_____/

**O R D E R**

Before the Court is the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc. 21). In accord with the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) is **APPROVED** (Doc. 21).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on October 18, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record